ORIGINAL

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA  95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtors

**FILED**

AUG - 8 2011

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| FRANCISCO ESCALANTE | Case No. 05-57777 ASW |
| ALESHA ANNE ESCALANTE | **NOTICE OF UNCLAIMED DIVIDEND** |
| Debtors | |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2495262 for an unclaimed dividend in the amount of $15.15. The name and address of the claimant entitled to the unclaimed dividend is as follows;

FRANCISCO ESCALANTE
ALESHA ANNE ESCALANTE
4180 CREPE MYRTLE LN
TRACY, CA  95377

Dated: August 02, 2011

_/s/ Alexandra DeLaReen for_
DEVIN DERHAM-BURK, TRUSTEE